1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR DALE SENTY HAUGEN,** ) | **NO. CV 22-8738 GW (KS)** |
| **Petitioner,** ) | |
| **v.** ) | **ORDER ACCEPTING FINDINGS AND** |
| ) | **RECOMMENDATIONS OF UNITED** |
| **WARDEN BIRKHOLZ,** ) | **STATES MAGISTRATE JUDGE** |
| **Respondent.** ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody filed under 28 U.S.C. § 2241, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report").  The time for filing objections has passed and no objections have been filed with the Court.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition [Dkt. No. 7] is GRANTED; and (2) judgment shall be entered dismissing this action with prejudice.

DATED: August 21, 2023

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE