JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR DALE SENTY HAUGEN, | ) | NO. CV 22-8738 GW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN BIRKHOLZ, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 21, 2023

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE